

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00286-CV

THE EPISCOPAL DIOCESE OF FORT WORTH, AFFILIATED WITH THE EPISCOPAL CHURCH OF THE UNITED STATES, THE CORPORATION OF THE EPISCOPAL DIOCESE OF FORT WORTH, AND AN UNINCORPORATED ASSOCIATION HOLDING ITSELF OUT AS ST. ANDREW'S EPISCOPAL CHURCH, AFFILIATED WITH THE EPISCOPAL CHURCH OF THE UNITED STATES

APPELLANTS

V.

RONALD D. WENNER, TRUSTEE OF THE CYNTHIA BRANTS CHARITABLE REMAINDER UNITRUST, THE EPISCOPAL DIOCESE OF FORT WORTH, AFFILIATED WITH THE ANGLICAN PROVINCE OF THE SOUTHERN CONE, THE CORPORATION OF THE EPISCOPAL DIOCESE OF FORT WORTH, AMON CARTER MUSEUM OF WESTERN ART, OLD JAIL ART CENTER, AND AN UNINCORPORATED

APPELLEES

ASSOCIATION HOLDING ITSELF
OUT AS ST. ANDREW'S
EPISCOPAL CHURCH,
AFFILIATED WITH THE ANGLICAN
PROVINCE OF THE SOUTHERN
CONE

------------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
TRIAL COURT NO. C2010343

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellants' "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, DAUPHINOT, and MEIER, JJ.

DELIVERED: November 25, 2015

---

[1]*See* Tex. R. App. P. 47.4.

2